1

LAW OFFICES OF JOSHUA B. KONS, LLC

2

Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750

3

Chicago, IL 60642

4

Tel: (312) 757-2272
Fax: (312) 757-2273

5

joshuakons@konslaw.com

6

7

Attorney for Plaintiff

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12

Diane Lynn Robertson,

Plaintiff,

13

14

v.

15

Commissioner of Social Security,

16

Defendant.

Case No.:  2:18-cv-1172-CMK

**SUMMONS RETURNED
EXECUTED**

17

18

Plaintiff, by Attorney, Joshua Kons, submits this document as proof of service in

19

the above captioned matter.

20

21

Dated: May 10, 2018

22

23

24

25

26

/s/ Joshua B. Kons
Joshua B. Kons
Attorney for Plaintiff
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Fax: (312) 757-2273
joshuakons@konslaw.com

27

28

1