## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Sessions
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

9590 9402 3094 7124 3159 64

2. Article Number (Transfer from service label)
7017 0660 0000 6778 5303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: MAY 30 2018

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Sent To: U.S. Attn. Scott; D. Rober[tson]

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner of the Social Security Administration
Office of the Regional Chief Counsel, Region IX
Social Security Administration
160 Spear Street Suite 800
San Francisco, CA 94105-1545

9590 9402 3094 7124 3159 88

2. Article Number (Transfer from service label)
7017 0660 0000 6778 5280

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _(signature)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: [same checkboxes as above]

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Sent To: Cm of SS; D. Robertson

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McGregor Scott
U.S. Attorney's Office
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814

9590 9402 3094 7124 3159 71

2. Article Number (Transfer from service label)
7017 0660 0000 6778 5297

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _(signature)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 5/24/18
D. Is delivery address different from item 1? ☑ Yes ☐ No

3. Service Type: [same checkboxes]

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Sent To: AG; D. Robertson